```
                              FILED
                         CLERK, U.S. DISTRICT COURT
                              1/24/2023
                         CENTRAL DISTRICT OF CALIFORNIA
                         BY: ___DTA___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:23-cr-00010-JVS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud; 8 U.S.C. § 1325(c): Marriage Fraud] |
| AYOJIDE OLUFEMI OJO, aka "James Hickerson," | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1343]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1. Defendant AYOJIDE OLUFEMI OJO, also known as "James Hickerson," resided in Orange County, California.

2. The United States Citizenship and Immigration Services ("USCIS") was the agency within the Department of Homeland Security that adjudicated immigration benefits, including visa

/ / /

petitions, naturalization petitions, and refugee and asylum applications.

B.  THE SCHEME TO DEFRAUD

3.  Beginning no later than January 2018, and continuing until at least March 2018, in Orange County, within the Central District of California, and elsewhere, defendant OJO, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud and obtain money from victims by means of materially false and fraudulent representations, and the concealment of material facts in connection with a fraudulent scheme.

4.  In carrying out the scheme, defendant OJO and other co-schemers engaged in the following fraudulent and deceptive acts, practices, and devices, and made the following material misrepresentations, among others:

   a.  Co-schemers would obtain African passports with their photographs but fake names, which would be shipped to them from other co-schemers. Co-schemers created a false African passport for defendant OJO with his picture on it, but included a fake name.

   b.  Co-schemers would open mailboxes in the fake names throughout the Central District of California to receive the African passports and funds from the victims of the fraud scheme.

   c.  Using the false African passports, defendant OJO and other co-schemers would open United States bank accounts in those fake names that they would use to receive and transfer proceeds from the fraud scheme.

      d. Co-schemers would convince victims to send money to accounts opened by defendant OJO and others using the following methods:

          i. <u>Sham online rentals</u>. Co-schemers would post sham online listings for rental properties. When the victims agreed to rent the properties, the co-schemers directed the victims to wire funds to bank accounts that defendant OJO had opened and controlled. Based on false representations by the co-schemers, the victims believed that the money paid for the first months' rent, security deposits, and cleaning fees. In fact, the funds were not for rental properties. Instead, the money went to the co-schemers, including defendant OJO.

          ii. <u>Romance scams</u>. Co-schemers would target victims looking for romantic partners or friendships on dating websites and other social media platforms. The co-schemers created profiles using fake names, locations, images, and personas, allowing the co-schemers to cultivate relationships with prospective victims. Once they cultivated these relationships, co-schemers would convince the victims to provide money to the co-schemers or conduct transactions on behalf of the co-schemers. Co-schemers would persuade these victims to then send payments by mail and wire transfer for deposit into bank accounts that defendant OJO had opened and controlled.

      e. In these ways, defendant OJO would receive payments made by victims of the fraud scheme. Generally, these payments were made by wire transfer to bank accounts defendant OJO had opened and controlled, or the victim sent the funds via

cashier's or personal checks to mailboxes that had been opened by co-schemers to execute the scheme.

       f.   After keeping a portion for himself as a commission, defendant OJO would then transfer the remainder of the fraud proceeds to other co-schemers.

C.    THE USE OF AN INTERSTATE WIRE

     5.   On or about February 16, 2018, in Orange County, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, co-schemers, with defendant OJO's knowledge, caused the transfer of proceeds from a sham online rental scam from victim B.D. through a Bank of America account in West Palm Beach, Florida to a Bank of America account in Anaheim, California, which defendant OJO controlled, by means of a wire communication in interstate commerce.

COUNT TWO

[8 U.S.C. § 1325(c)]

Beginning on an unknown date, and continuing to on or about November 26, 2018, in San Bernardino and Orange Counties, within the Central District of California, and elsewhere, defendant AYOJIDE OLUFEMI OJO, also known as "James Hickerson," an alien and citizen and national of Nigeria, knowingly and unlawfully entered into marriage with a United States citizen, not intending to establish a life together, and for the purpose of evading a provision of the immigration laws of the United States.

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office